THE STATE OF MONTANA, PLAINTIFF AND APPELLANT, v.
CRAIG JOHN DARKO, DEFENDANT AND RESPONDENT.

No. 80-21.
Submitted on Briefs May 29, 1980.
Decided June 20, 1980.
612 P.2d 678.

Mike Greely, Atty. Gen., Helena, J. Fred Bourdeau, County
Atty., Great Falls, for plaintiff and appellant.

Asselstine, Strause & Anderson, Great Falls, for defendant and
respondent.

MR. JUSTICE DALY delivered the opinion of the Court.

The District Court's order suppressing the evidence on the basis
of *State v. Jetty* (1978), 176 Mont. 519, 579 P.2d 1228, 35 St.Rep.
739, is affirmed.

MR. CHIEF JUSTICE HASWELL and JUSTICES HARRISON,
SHEA and SHEEHY concur.